171 A.3d 1252

WILLIAM J. BRENNAN, PLAINTIFF–APPELLANT, v. BERGEN COUNTY PROSECUTOR'S OFFICE; FRANK PUCCIO, CUSTO-DIAN OF RECORDS FOR THE BERGEN COUNTY PROSECU-TOR'S OFFICE, DEFENDANTS–RESPONDENTS.

M–180 September Term 2017
078074

October 4, 2017

## ORDER

It is ORDERED that the motion of the Libertarians for Transparent Government for leave to file a brief and argue as amicus curiae is granted. The parties may serve and file briefs in response on or before November 6, 2017. Oral argument is limited to five minutes.

171 A.3d 1252

IN THE MATTER OF THE JOINT LETTER DECISION ON ACPE DOCKET NO. 29–2016, UPL DOCKET NO. 12–2016, AND CAA DOCKET NO. 65–2016. (JAMS–PETITIONER)

R–3 Sept.Term 2017
079531

October 4, 2017

## ORDER

It is ORDERED that the notice of petition for review is granted; and it is further

ORDERED that JAMS may serve and file a supplemental brief on or before November 13, 2017, and the Attorney General on behalf of the committees may serve and file a brief in response on or before December 18, 2017.